LYNCH, Appellant, *vs.* BOGY, Respondent.

1. A plaintiff cannot recover compensation for merely voluntary services bestowed under no employment from the defendant.

*Appeal from St. Louis Law Commissioner's Court.*

The court, in this case, gave the following instruction for the plaintiff:

" If the jury believe from the evidence, that the plaintiff, as the agent, or at the request of defendant, sold the ground described in plaintiff's petition, and that the defendant received the proceeds of said sale, they will find for the plaintiff a reasonable compensation for such services."

The following were given for the defendant:

" Unless the jury believe from the evidence that plaintiff,

State *v.* Grimsley.

Gerge W. Lynch, was employed by the defendant, to sell the real estate mentioned in the petition, he cannot recover."

" The jury are instructed that the plaintiff cannot recover for merely voluntary or gratuitous services rendered the defendant, although such services may have been a benefit to defendant."

*McMartin,* for appellant.

*B. A. Hill,* for respondent.

GAMBLE, Judge. The plaintiff, in this action, claimed compensation for services rendered to Bogy, the defendant, as his agent, in effecting the sale of certain real estate belonging to the defendant. The answer denied that the plaintiff had ever been employed or requested by the defendant to make any sale of his real estate, or to act as his agent.

After the evidence was closed, the court gave one instruction at the request of the plaintiff, and two at the request of the defendant, which, together, presented to the jury, with fairness, the law applicable to the question they were to try. The instructions which were asked by the plaintiff, and refused by the court, were properly refused. The judgment is, with the concurrence of the other judges, affirmed.